IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00452-D-RJ

| | |
|---|---|
| ANTHONY DALE PATRICK,<br>Plaintiff, | )<br>)<br>) |
| v. | ) ORDER FOR PAYMENT<br>) OF ATTORNEY FEES<br>) UNDER THE |
| FRANK BISIGNANO,<br>Commissioner of Social Security, | ) EQUAL ACCESS TO JUSTICE ACT<br>)<br>) |
| Defendant. | )<br>) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,000 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $405.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick K. Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This 5 day of June, 2025.

JAMES C. DEVER III
United States District Judge